UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :      NOTICE OF INTENT TO
                                          FILE AN INFORMATION
          - v -                    :

SOULEYMANE BAGAYOKO,               :

          Defendant.              :      **10 CRIM   938**
- - - - - - - - - - - - - - - - x

☐ **ORIGINAL**

          Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:      New York, New York
            October 6 , 2010

                              PREET BHARARA
                              United States Attorney


                    By:  _____
                              Alvin Bragg
                              Assistant United States Attorney


                         AGREED AND CONSENTED TO:

                    By:  _____
                              Neil Checkman
                              Attorney for Souleymane Bagayoko



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/6/10_