

Bagayoko, Souleymane
10-CR-00938-01 (AKH)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/13
```

THE COURT ORDERS:

[✓] The Issuance of a Summons
    The Offender is directed to appear as follows:

    Date: May 21, 2013
    Time: 11:00 a.m
    Place: 500 Pearl St., NY, NY 10007, Courtroom 14D

[ ] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

_____
Signature of Judicial Officer

5-9-13
Date

(Rev. eVOP 12/06/07)